UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| COBURN TECHNOLOGIES INTERNATIONAL, INC., <br> Plaintiff, <br><br> vs. <br><br> EDWARD de ROJAS, SOLARIS OPTICAL COATINGS L.L.C., AND GEMINI OPTICS II LLC., <br> Defendants. | CIVIL ACTION <br><br> CASE NO. <br><br> MOTION FOR PRELIMINARY INJUNCTION <br><br> SEPTEMBER 11, 2019 |

## MOTION FOR PRELIMINARY INJUNCTION

The Plaintiff, Coburn Technologies International, Inc. ("Coburn"), moves for a preliminary injunction for the reasons set forth in its accompanying Memorandum of Law and Verified Complaint for Money Damages, Declaratory and Injunctive Relief pursuant to Fed.R.Civ.P 65(a).

As more fully set forth in the Memorandum of Law and Verified Complaint for Money Damages, Declaratory and Injunctive Relief, Coburn hereby seeks an order that:

1.      During the pendency of this action, the Defendants are enjoined from engaging in or becoming interested in anywhere in the world, as an owner, partner, consultant, representative, agent, officer, director, or through stock ownership (except for the ownership of less than one percent (1%) of the number of shares outstanding of any securities which are listed for trading on any national securities exchange or are traded on any automated quotation system), investment of capital, lending of money or property, rendering of services, or otherwise, whether alone or in association with others, in the business of designing,

manufacturing, distributing, promoting, marketing, selling or servicing any product which is or could be competitive with the UV Products sold to Coburn; and

2. Diverting or attempting to divert from Coburn any business whatsoever by influencing or attempting to influence, or soliciting or attempting to solicit, any customers of Coburn.

There is good cause to enter the order without the posting of a bond because the Defendants have agreed in Section 2.8 of the Non-Compete Agreement that preliminary relief shall enter without the posting of a bond.

                                               **THE PLAINTIFF,**
                                               **COBURN TECHNOLOGIES INTERNATIONAL, INC.**

By /s/ Melvin A. Simon
Melvin A. Simon
Cohn Birnbaum & Shea P.C.
Its Attorneys
100 Pearl Street, 12th Floor
Hartford, CT 06103
Telephone: 860-493-2200
Fax: 860-727-0361
Federal Bar #ct05248
msimon@cbshealaw.com